FILED
BILLINGS DIV.
2010 APR 28 PM 2 31
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM RAMAGE and KELLY RAMAGE d/b/a RAMAGE FARMS, <br><br> Plaintiffs, <br><br> vs. <br><br> SEQUOIA ENERGY US INC., <br><br> Defendant. | CV 10-33-BLG-RFC <br><br><br><br> ORDER |

The parties having stipulated to dismissal of the above-entitled matter as fully settled, and good cause shown,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear his/its own costs. The Preliminary Pretrial Conference scheduled for June 8, 2010 is VACATED.

DATED this 28th Day of April, 2010.

RICHARD F. CEBULL
U. S. DISTRICT JUDGE